AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| SAMEH ABDEL RAHAM,<br>on behalf of himself, and others similarly situated,<br><br>*Plaintiff(s)*<br>v.<br>HOT CHICKS & BALLERS CORP., dba PLAYERS USA; PLAYERS USA INC., dba PLAYERS USA; KICKS CLOSET SPORTSWEAR INC.; ALI ABADI; and ISMAIL ABADI;<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 19 CV 1515<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  HOT CHICKS & BALLERS CORP., 1027 Southern Boulevard, Bronx, NY 10459
PLAYERS USA INC., 1027 Southern Boulevard, Bronx, NY 10459
KICKS CLOSET SPORTSWEAR INC., 1031 Southern Boulevard, Bronx, NY 10459
ALI ABADI, 1027 Southern Boulevard, Bronx, NY 10459
ISMAIL ABADI;1027 Southern Boulevard, Bronx, NY 10459

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
> Cilenti & Cooper, PLLC
> 708 Third Avenue - 6th Floor
> New York, New York 10017

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 02/19/2019                                                                /s/ D. Howie
                                                                                                *Signature of Clerk or Deputy Clerk*

