UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
SAMEH ABDEL RAHMAN,                           :

         Plaintiff,                  :        ORDER

  -v.-                                                  :
                                                   19 Civ. 1515 (GWG)
HOT CHICKS & BALLERS CORP., et al.,           :

        Defendants.               :
-------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

      This case contains claims under the Fair Labor Standards Act. On March 19, 2019, an order was issued on the parties' consent agreeing to disposition of this matter by the undersigned pursuant to 28 U.S.C. § 636(c). In a filing dated April 15, 2019 (Docket # 10), the parties have submitted their proposed settlement agreement for approval pursuant to Cheeks v. Freeport Pancake House, Inc., 796 F.3d 199 (2d Cir. 2015). That agreement has been modified as reflected in the letter dated April 25, 2019 (Docket # 13). With the modification, the Court finds that the settlement is fair and reasonable. The settlement is approved.

      Accordingly, this action is dismissed with prejudice and without costs except as may be stated in the settlement agreement. The Court will retain jurisdiction to enforce the settlement agreement.

      Any pending motions are moot. The Clerk is requested to close the case.

      SO ORDERED.

Dated: April 25, 2019
       New York, New York

                                                               GABRIEL W. GORENSTEIN
                                                              United States Magistrate Judge